Argued and submitted June 7, reversed and remanded for reconsideration July 5, 2001

In the Matter of the Compensation of
Larry D. Huff, Claimant.

NORTHWEST SPAS, INC.,
and Farmers Insurance Company,
*Petitioners,*

*v.*

Larry D. HUFF,
*Respondent.*

99-07085; A110411

27 P3d 165

Peter C. Davis argued the cause for petitioners. With him on the briefs was Cavanagh & Zipse.

Michael D. Callahan argued the cause for respondent. With him on the brief was Callahan & Stevens.

Before Landau, Presiding Judge, and Brewer and Schuman, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Lewis*, 170 Or App 201, 12 P3d 498 (2000), *rev allowed* 331 Or 692 (2001).